FILED
08 MAY 28 PM 3:18

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1730 JAH |
| Plaintiff, ) | |
| ) | **I N D I C T M E N T** |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 952 and |
| GUADALUPE VEGA-GUTIERREZ, ) | 960 - Importation of Marijuana; |
| ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. ) | Possession of Marijuana with |
| ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about April 2, 2008, within the Southern District of California, defendant GUADALUPE VEGA-GUTIERREZ did knowingly and intentionally import 100 kilograms and more, to wit: approximately 138.8 kilograms (305.36 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JPME:em:San Diego
5/27/08

<u>Count 2</u>

On or about April 2, 2008, within the Southern District of California, defendant GUADALUPE VEGA-GUTIERREZ did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 138.8 kilograms (305.36 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney