FILED

08 MAY 28 PM 3:17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1730 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>GUADALUPE VEGA-GUTIERREZ,<br><br>       Defendant. | Criminal Case No. _____<br><br><br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Guadalupe Vega-Gutierrez</u>, Criminal Case No. 08CR1383-JAH.

DATED: May 28, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney