UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 OCT -1 PM 2:48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GUADALUPE VEGA-GUTIERREZ,<br><br>                    Defendant. | CASE NO. 08CR1730-JAH<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an information has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

\_\_\_  the Court has dismissed the case for unnecessary delay; or

\_\_\_  the Court has granted the motion of the Government for dismissal; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

\_\_\_  of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 29, 2008

John A. Houston
UNITED STATES DISTRICT JUDGE

ENTERED ON _____